UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

KYLE FARAGE,

                Plaintiff,

v.                                                 Case No. 22-cv-681-pp

DR. MURPHY, D. PROEHL,
JULIE LUDWIG and WARDEN EPLETT,

                Defendants.

---

## ORDER DISMISSING CASE WITHOUT PREJUDICE

---

        On December 5, 2022, the court gave the plaintiff a final opportunity to file an amended complaint and ordered that if he did not file an amended complaint that complied with the court's instructions in time for the court to receive it by the end of the day on December 19, 2022, the court would dismiss the case without prejudice for the plaintiff's failure to diligently prosecute it. Dkt. No. 15 at 2-3. The plaintiff has not filed an amended complaint. The court's December 5, 2022 order has not been returned as undeliverable, and the plaintiff remains in custody at Oshkosh Correctional Institution (where he has been since he filed the complaint). Because the plaintiff has not diligently prosecuted his case, the court will dismiss it. See Civil Local Rule 41(c) (E.D. Wis.)

        The court **ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE**. The clerk will enter judgment accordingly.

        Dated in Milwaukee, Wisconsin this 27th day of December, 2022.

                                                BY THE COURT:

                                                _____
                                                HON. PAMELA PEPPER
                                                **Chief United States District Judge**